IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL STEHLEY,**                                                                                        **PLAINTIFF**

**v.**                                  Case No.  4:23CV00839 - BRW

**TRAVELERS INDEMNITY COMPANY,**
**AND  TRAVELERS HOME AND**
**MARINE INSURANCE COMPANY,**                                              **DEFENDANTS**

<u>**INITIAL SCHEDULING ORDER**</u>

Pursuant to the initial appearance entered by defendant(s) in this case on  September 11, 2023 the following deadlines and proposals are in effect:

**(1)  Rule 26(f) Conference Deadline:**                       <u>**November 20, 2023**</u>

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

**(2)  Rule 26(f) Report Due Date:**                              <u>**December 4, 2023**</u>

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Report should be filed with the Clerk of the Court.

**(3)  Proposed Trial Date:**                                          <u>**September 10, 2024**</u>
<u>Richard Sheppard Arnold United</u>
<u>States Courthouse,</u>
<u>A401, 500 West Capitol,</u>
<u> Little Rock, Arkansas 72201</u>

**(4)  Rule 16(b) Conference (if needed):**                  **December 11, 2023**

A telephone conference, <u>at the request of the parties,</u> will be held **December 11, 2023**, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc. <u>If the parties can agree on all issues in the Rule 26(f) Report and the</u>

trial date proposed by the Court, then the telephone conference scheduled for **December 11, 2023** will be unnecessary.

**(5)  Final Scheduling Order:**                                                          **December 18, 2023**

A Final Scheduling Order will be issued on or before **December 18, 2023**, confirming the trial date of **September 10, 2024**, setting directions, and resolving any disputes taken up at the telephone conference.

If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case.

It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.

It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s).

The Pine Bluff and Batesville courthouses have been closed.  Accordingly, cases filed in the Pine Bluff and Northern Divisions will be tried in Little Rock before a jury selected from the registered voters of the division in which the case was filed.  If the parties wish to try the case within a closed division, then the parties must include in their Rule 26(f) report the reason, and propose an alternate facility within the closed division where the parties agree to try the case and which does not add any expense to the federal judiciary.

IT IS SO ORDERED Monday, September 11, 2023.

AT THE DIRECTION OF THE COURT

Melanie Beard  
Courtroom Deputy