IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL STEHLEY                          PLAINTIFF

v.                        Case No. 4:23-cv-00839-BRW

TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY                          DEFENDANTS

## **NOTICE OF APPEAL**

Notice is hereby given that The Travelers Home and Marine Insurance Company appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered July 30, 2024, granting Plaintiff's motion for summary judgment.

                         E. B. Chiles IV, Ark. Bar No. 96179
                         R. Ryan Younger, Ark. Bar No. 2008209
                         Laura L. O'Hara, Ark. Bar No. 2021150
                         QUATTLEBAUM, GROOMS & TULL PLLC
                         111 Center Street, Suite 1900
                         Little Rock, Arkansas 72201
                         (501) 379-1700 Telephone
                         (501) 379-1701 Facsimile
                         cchiles@qgtlaw.com
                         ryounger@qgtlaw.com
                         lohara@qgtlaw.com

                         *Attorneys for The Travelers Home and Marine Insurance Company*