**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PAUL STEHLEY** **PLAINTIFF**

**V.** **4:23CV00839 JM**

**TRAVELERS INDEMNITY COMPANY, and**
**THE TRAVELERS HOME AND MARINE**
**INSURANCE COMPANY** **DEFENDANT**

**JUDGMENT**

In accordance with the Orders entered at docket #'s 46 and 52, judgment is entered in favor of Plaintiff. The Clerk is directed to close the case.

DATED this 30th day of July, 2026.

James M. Moody Jr.
United States District Judge